IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR210 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ORIN FREDRICK JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the clerk of the court shall forward Defendant's motion for enlargement of time (filing 66) to the United States Court of Appeals for the Eighth Circuit.

DATED: June 15, 2005.   BY THE COURT:

s/ Richard G. Kopf
United States District Judge