IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr210 |
| | ) | |
| v. | ) | |
| | ) | |
| ORIN FREDRICK JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 61 be stricken from the record for the following reason:

- No Notice of Electronic Filing was produced.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 61 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge