IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR210 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ORIN FREDRICK JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The government's oral motion for hearing is granted.

(2)    A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 73) has been set before the undersigned United States district judge on Tuesday, February 27, 2007, at 4:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)    The United States Marshal is directed to return the defendant to the district for the hearing.

January 31, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge